Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Judith T. Sethna (SBN 232731)
Email: jsethna@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
BARCLAYS BANK DELAWARE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE HUSTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; Barclay's Bank Delaware; Barclay's Bank Delaware; Capital One National Association; SAFE Credit Union; Seterus, Inc.; A-L Financial Corporation  and DOES 1 through 100 inclusive,<br><br>    Defendants. | Case No.:  5:15-cv-04275-RMW<br><br>**[PROPOSED]** ORDER RE DISMISSAL OF DEFENDANT BARCLAYS BANK DELAWARE<br><br>Compl. Filed:  August 4, 2015<br><br>Honorable Ronald M. Whyte |

Pursuant to the parties' Stipulation for Dismissal with Prejudice, this case is hereby dismissed with prejudice as to Defendant Barclays Bank Delaware with each party to bear its own attorneys' fees and costs.

Date: 11/20/2015

*Ronald M. Whyte*
Honorable Ronald M. Whyte