# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE HUSTON,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br><br>    Defendants. | Case No. 5:15-CV-04275-RMW<br>*Assigned to the Hon. Ronald M. Whyte*<br>*Referred to Magistrate Judge Howard R. Lloyd*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO A GLOBAL COURT-SPONSORED MEDIATION IN LIEU OF AN INDIVIDUAL COURT-SPONSORED ADR METHOD**<br><br>FAC Filed: January 7, 2016<br>Trial Date: March 13, 2017 |

# ORDER

This Court has reviewed the Stipulation To A Global Court-Sponsored Mediation In Lieu Of An Individual Court-Sponsored ADR Method filed by Plaintiff Charlene Huston ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Capital One") on March 4, 2016. The Stipulation is **GRANTED**. Pursuant to the Stipulation, the Court **ORDERS** as follows:

1. The Court hereby refers Plaintiff and Capital One to a global mediation through the Court-sponsored ADR program, with a deadline for completion of April 22, 2016;

2. Capital One shall send a representative with full settlement authority to attend one global, court-appointed mediation with its counsel for all actions currently pending against it and filed by counsel for Plaintiff involving claims concerning many of the same questions of law and fact;

3. Plaintiff's counsel shall obtain full settlement authority from Plaintiff to attend the one global, court-appointed mediation on her behalf and in lieu of her personal attendance; and

4. The order requiring the parties to schedule a settlement conference with the magistrate judge assigned to this case is hereby vacated.

**IT IS SO ORDERED.**

DATED: 3/15/2016         By: *Ronald M. Whyte*
                         The Honorable Ronald M. Whyte
                         UNITED STATES DISTRICT JUDGE